

**IT IS ORDERED as set forth below:**

**Date: June 10, 2020**

_Wendy L. Hagenau_

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **MELANIE LAWSON CLARK** | : | **CASE NO.   A20-61982-WLH** |
| **DEBTOR** | : | |

### ORDER DISMISSING CASE AND ENJOINING THE DEBTOR FROM FILING A CHAPTER 13 BANKRUPTCY CASE FOR A PERIOD OF 180 DAYS

On June 3, 2020 at 1:30 p.m., the Court held a hearing on confirmation of the Debtor's proposed plan and the Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss Case for Cause and Enjoining the Debtor from Filing a Chapter 13 Bankruptcy Case for a Period of at least 180 Days. The Trustee filed a Certificate of Service showing service of the Motion and a Notice of Hearing on the Debtor and Debtor's Counsel. Counsel for the Trustee and counsel for the Debtor were the only parties to make an appearance. Debtor's counsel announced no opposition to the Trustee's motion. Based upon review of the record, **IT IS HEREBY**

**ORDERED** that this case is **DISMISSED**. It is

**FURTHER ORDERED** that pursuant to 11 U.S.C. §§ 349(a) and 1307(c), the Debtor is

enjoined from filing another case under Chapter 13 of Title 11 of the United States Code for a period of

180 days from the entry of this Order without permission of the Court.

The Clerk of the Court is directed to serve this Order on the parties included on the attached

Distribution List.

## END OF DOCUMENT

Presented By:

 /s/_____
Ryan J. Williams,
Attorney for Chapter 13 Trustee
GA Bar No. 940874
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

## DISTRIBUTION LIST

Case Number **A20-61982-WLH**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**